CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Curtis Raekwon-Waldon**<br>DOB: 1999; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>26-05846MJ |

| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

On or about March 8, 2026, in the District of Arizona, **Curtis Raekwon-Waldon**, knowing and in reckless disregard of the fact that a certain illegal aliens, including Martin Garcia-Lopez and Javier Martinez-Tellez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On March 8, 2026, in the District of Arizona (Naco), Border Patrol Agents (BPAs) were assigned to patrol duties in the Brian A. Terry Station area of responsibility. The area includes the Coronado National Memorial which is often exploited by smuggling organizations due to the rugged terrain and limited detection technology in the area. Smuggling organizations stage groups of individuals south of the border near the Arizona Trail prior to them making an illegal entry into the United States. The Arizona Trail begins at the border where there is no boundary barrier and runs approximately one mile north to Montezuma Pass. At approximately 1:55 p.m., an Integrated Fixed Tower operator observed a 2025 Buick Envista bearing Arizona license plate FLA9H4 pick up four individuals. One of the individuals was observed entering the trunk of the Buick. Smugglers often hide illegal aliens in the trunk of a vehicle to avoid law enforcement detection. The four individuals matched the description of four individuals observed earlier on a live imaging sensor walking north near the border. The individuals did not have any equipment commonly carried by visitors to the Coronado National Memorial. Record checks on the Buick returned out of Tucson, Arizona and it is common for smuggling organizations to recruit drivers from large metropolitan areas. The Buick was observed on other imaging devices in the area entering the Coronado National Memorial at 10:31 a.m., and parking at Montezuma Pass at 12:28 p.m. At approximately 2:10 p.m., BPAs observed the Buick exiting the Coronado National Memorial near Browns Corner. The driver appeared anxious and avoided eye contact with BPAs. BPAs initiated a vehicle stop and the Buick yielded near South Coronado Memorial and Renegade Trail. During the immigration inspection, the driver, identified as **Curtis Raekwon-Waldon**, tried to answer for the other individuals in the vehicle.

**Continued on next page.**

| MATERIAL WITNESS IN RELATION TO THE CHARGE: Martin Garcia-Lopez and Javier Martinez-Tellez | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT |
| | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |

Sworn by telephone __x__

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 9, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.**

BPAs separated **Raekwon-Waldon** from the other individuals.   An immigration inspection was then performed on the four passengers in the vehicle, including Martin Garcia-Lopez and Javier Martinez-Tellez, and BPAs determined them to be citizens of Mexico illegally present in the United States.   Record checks revealed that Martin Garcia-Lopez and Javier Martinez-Tellez do not possess the proper documentation to enter, pass through, or remain in the United States legally.   **Raekwon-Waldon** was determined to be a United States citizen.

Material witness Martin Garcia-Lopez stated that he is a citizen of Mexico and that his family paid approximately $2,000 to $3,000 for him to be smuggled into the United States.   He crossed the border with three other individuals, and he was not wearing camouflage clothing.   Prior to crossing, his group was shown a map on where to go and a picture of the vehicle that was going to pick them up.   The vehicle was a new-looking, blue, four-door car.   He did not know the make or model of the vehicle.   When they saw the blue car park, they entered it.   The driver gave Garcia-Lopez a hand signal to get into the trunk.   He got into the trunk through the back seats but did not know how to get out of the trunk.   Garcia-Lopez was hot in the trunk but was okay because he had electrolytes with him.   He did not hear or see the agent's vehicle sirens before being pulled over.   Garcia-Lopez described the driver as a dark skin male.

Material witness Javier Martinez-Tellez stated that he is a citizen of Mexico and that his family paid an unknown amount of money for him to be smuggled into the United States.   He crossed the border with three other individuals while he was wearing camouflage clothing.   Prior to crossing, his group was shown a map and a picture of the vehicle that was going to pick them up.   He described the vehicle as a new-looking blue four-door car and was unsure of the make and model.   When they saw the blue car park, they got inside.   Martinez-Tellez stated that he and two others got in the back seats and one individual got in the front passenger side of the vehicle.   Martinez-Tellez sat behind the driver. The driver gave them hand signals on where to sit.   Martinez-Tellez described the driver as a dark skin, tall, skinny-built male wearing a gray hoodie.